

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-23-00225-CR**

**IN RE BRYAN STALLWORTH**

**Original Proceeding**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 30582**

## MEMORANDUM OPINION

Relator Bryan Stallworth's petition for writ of mandamus, filed on July 28, 2023, is denied. Relator's "Motion to Expedite Judgment," filed on July 28, 2023, is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied

Opinion delivered and filed August 1, 2023
Do not publish
[OT06]

